UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:20-mc-00091-JAK (PDx)                                Date: September 23, 2020

Title   *National Labor Relations Board v. Southern Counties Express*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Applicant:           Attorneys Present for Respondent:

N/A                                                        N/A

**Proceedings:**   **(In Chambers) Order Re: Application for Order Requiring Compliance with Administrative Subpoena Briefing Schedule**

Before the Court is an Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum B-1-18P3VRV ("Application") issued to Respondent Southern Counties Express ("Respondent") filed by Applicant National Labor Relations Board ("NLRB"). [Dkt. No. 1.] On September 22, 2020, the matter was referred to the Magistrate Judge for review and determination. [Dkt. No. 12.]

The Court issues the following briefing schedule:

1. **Respondent's opposition(s), or notice(s) of non-opposition, to the Application must be served and filed no later than October 22, 2020**. Respondent is cautioned that failure to timely file an opposition may result in the granting of the Application in its entirety.

2. **NLRB's reply, if any, shall be served and filed no later than October 29, 2020**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-mc-00091-JAK (PDx)                              Date: September 23, 2020

Title         *National Labor Relations Board v. Southern Counties Express*

3. Unless otherwise ordered, the Application will be taken under submission, without oral argument, when briefing is complete, and the parties will be notified by mail or email of all further proceedings.

4. **NLRB shall serve a copy of this Order on Respondent and file a proof of service no later than September 28, 2020.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | im |